UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINAYAK SAVANT,<br><br>                              Plaintiff,<br><br>               -v.-<br><br>IROBOT CORPORATION, et al.,<br><br>                            Defendants. | 25 Civ. 5563 (JHR)<br><br>ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS |

JENNIFER H. REARDEN, District Judge:

On July 7, 2025, Plaintiff filed a putative class action on behalf of "all persons and entities other than Defendants that purchased or otherwise acquired iRobot securities between January 29, 2024 and March 11, 2025, both dates inclusive." ECF No. 1 ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that, "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

It is hereby ORDERED that, **no later than August 4, 2025**, Plaintiff shall inform the Court in writing of the date and manner in which it published this notice.

    SO ORDERED.

Dated: July 29, 2025
       New York, New York

                                                                          JENNIFER H. REARDEN
                                                                          United States District Judge