# Exhibit 3

**iRobot Corporation Loss Chart**
**Class Period: January 29, 2024 through March 11, 2025**

**Lookback Price**
$2.78

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Viral Jain | 1/30/2024 | 300 | ($15.01) | ($4,503.00) | | | | | 300 | 834.05 | ($3,668.95) |