# EXHIBIT B

| Client Name | Sergei Daniel |
|---|---|
| Company Name | iRobot Corporation |
| Ticker Symbol | IRBT |
| Security Type | |
| Class Period Start | 01-29-2024 |
| Class Period End | 03-11-2025 |
| 90-DAY Lookback Period Start | 03-12-2025 |
| 90-DAY Lookback Period End | 06-09-2025 |
| 90-DAY Lookback Average | $ 02.80 |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCOUNTS (Stock + Options) | |
|---|---|
| LIFO Loss Total | $30,199.30 |
| DURA LIFO* Total | $29,513.04 |
| Gross Shares Purchased | 7,454 |
| Net Shares Retained | 5,899 |
| Net Funds Expended | $46,205.08 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 11-20-2024 | 54 | 6.78 | $ 366.12 | 06-04-2025 | | 54 | $ 03.29 | | $ 177.66 | 54 | - | $ 02.80 | | $ 188.46 | $ 188.46 |
| 11-20-2024 | 43 | 6.78 | $ 291.54 | 11-20-2024 | 43 | | $ 06.66 | $ 286.38 | - | - | - | $ 02.80 | | $ 05.16 | |
| 11-20-2024 | 57 | 6.78 | $ 386.46 | 06-04-2025 | | 57 | $ 03.29 | | $ 187.53 | 57 | - | $ 02.80 | | $ 198.93 | $ 198.93 |
| 11-20-2024 | 18 | 6.78 | $ 122.04 | 11-20-2024 | 18 | | $ 06.66 | $ 119.88 | - | - | - | $ 02.80 | | $ 02.16 | |
| 11-20-2024 | 57 | 6.78 | $ 386.46 | 11-20-2024 | 57 | | $ 06.66 | $ 379.62 | - | - | - | $ 02.80 | | $ 06.84 | |
| 11-20-2024 | 83 | 6.77 | $ 561.91 | 11-20-2024 | 83 | | $ 06.65 | $ 551.95 | | - | - | $ 02.80 | | $ 09.96 | |
| 11-20-2024 | 17 | 6.77 | $ 115.09 | 11-20-2024 | 17 | | $ 06.66 | $ 113.22 | | - | - | $ 02.80 | | $ 01.87 | |
| 11-20-2024 | 30 | 6.77 | $ 203.10 | 11-20-2024 | 30 | | $ 06.65 | $ 199.50 | | - | - | $ 02.80 | | $ 03.60 | |
| 11-20-2024 | 68 | 6.77 | $ 460.36 | 11-20-2024 | 68 | | $ 06.65 | $ 452.20 | | - | - | $ 02.80 | | $ 08.16 | |
| 11-20-2024 | 3 | 6.77 | $ 20.31 | 11-20-2024 | 3 | | $ 06.65 | $ 19.95 | | - | - | $ 02.80 | | $ 00.36 | |
| 11-20-2024 | 14 | 6.76 | $ 94.64 | 11-20-2024 | 14 | | $ 06.65 | $ 93.10 | | - | - | $ 02.80 | | $ 01.54 | |
| 11-20-2024 | 444 | 7.24 | $ 3,214.56 | 11-20-2024 | 444 | | $ 06.67 | $ 2,961.48 | | - | - | $ 02.80 | | $ 253.08 | |
| 11-20-2024 | 100 | 7.24 | $ 724.00 | 11-20-2024 | 100 | | $ 06.65 | $ 665.00 | | - | - | $ 02.80 | | $ 59.00 | |
| 11-20-2024 | 567 | 7.24 | $ 4,105.08 | 11-20-2024 | 567 | | $ 06.65 | $ 3,770.55 | - | - | - | $ 02.80 | | $ 334.53 | |
| 12-02-2024 | 333 | 7.95 | $ 2,647.35 | 06-04-2025 | | 333 | $ 03.29 | | $ 1,095.57 | 333 | - | $ 02.80 | | $ 1,551.78 | $ 1,551.78 |
| 12-02-2024 | 111 | 7.96 | $ 883.56 | 12-13-2024 | 111 | | $ 08.38 | $ 930.18 | | - | - | $ 02.80 | | -$ 46.62 | -$ 46.62 |
| 12-02-2024 | 222 | 7.96 | $ 1,767.12 | 06-04-2025 | | 222 | $ 03.29 | | $ 730.38 | 222 | - | $ 02.80 | | $ 1,036.74 | $ 1,036.74 |
| 01-13-2025 | 112 | 8.69 | $ 973.28 | 06-04-2025 | | 112 | $ 03.29 | | $ 368.48 | 112 | - | $ 02.80 | | $ 604.80 | $ 604.80 |
| 01-13-2025 | 333 | 8.83 | $ 2,940.39 | 06-04-2025 | | 333 | $ 03.29 | | $ 1,095.57 | 333 | - | $ 02.80 | | $ 1,844.82 | $ 1,844.82 |
| 01-13-2025 | 333 | 9 | $ 2,997.00 | 06-04-2025 | | 333 | $ 03.29 | | $ 1,095.57 | 333 | - | $ 02.80 | | $ 1,901.43 | $ 1,901.43 |
| 01-13-2025 | 333 | 9.1 | $ 3,030.30 | 06-04-2025 | | 333 | $ 03.29 | | $ 1,095.57 | 333 | - | $ 02.80 | | $ 1,934.73 | $ 1,934.73 |
| 01-21-2025 | 65 | 7.7 | $ 500.50 | 06-04-2025 | | 65 | $ 03.24 | | $ 210.60 | 65 | - | $ 02.80 | | $ 289.90 | $ 289.90 |
| 01-21-2025 | 15 | 7.7 | $ 115.50 | 06-04-2025 | | 15 | $ 03.24 | | $ 48.60 | 15 | - | $ 02.80 | | $ 66.90 | $ 66.90 |
| 01-21-2025 | 42 | 7.7 | $ 323.40 | 06-04-2025 | | 42 | $ 03.24 | | $ 136.08 | 42 | - | $ 02.80 | | $ 187.32 | $ 187.32 |
| 01-21-2025 | 30 | 7.7 | $ 231.00 | 06-04-2025 | | 30 | $ 03.24 | | $ 97.20 | 30 | - | $ 02.80 | | $ 133.80 | $ 133.80 |
| 01-21-2025 | 15 | 7.7 | $ 115.50 | 06-04-2025 | | 15 | $ 03.24 | | $ 48.60 | 15 | - | $ 02.80 | | $ 66.90 | $ 66.90 |
| 01-21-2025 | 33 | 7.7 | $ 254.10 | 06-04-2025 | | 33 | $ 03.24 | | $ 106.92 | 33 | - | $ 02.80 | | $ 147.18 | $ 147.18 |
| 01-21-2025 | 5 | 7.7 | $ 38.50 | 06-04-2025 | | 5 | $ 03.24 | | $ 16.20 | 5 | - | $ 02.80 | | $ 22.30 | $ 22.30 |
| 01-21-2025 | 41 | 7.7 | $ 315.70 | 06-04-2025 | | 41 | $ 03.25 | | $ 133.25 | 41 | - | $ 02.80 | | $ 182.45 | $ 182.45 |
| 01-21-2025 | 19 | 7.7 | $ 146.30 | 06-04-2025 | | 19 | $ 03.24 | | $ 61.56 | 19 | - | $ 02.80 | | $ 84.74 | $ 84.74 |
| 01-21-2025 | 89 | 7.7 | $ 685.30 | 06-04-2025 | | 89 | $ 03.24 | | $ 288.36 | 89 | - | $ 02.80 | | $ 396.94 | $ 396.94 |
| 01-21-2025 | 11 | 7.7 | $ 84.70 | 06-04-2025 | | 11 | $ 03.24 | | $ 35.64 | 11 | - | $ 02.80 | | $ 49.06 | $ 49.06 |
| 01-21-2025 | 1 | 7.7 | $ 07.70 | 06-04-2025 | | 1 | $ 03.24 | | $ 03.24 | 1 | - | $ 02.80 | | $ 04.46 | $ 04.46 |
| 01-21-2025 | 7 | 7.7 | $ 53.90 | 06-04-2025 | | 7 | $ 03.24 | | $ 22.68 | 7 | - | $ 02.80 | | $ 31.22 | $ 31.22 |
| 01-21-2025 | 1 | 7.7 | $ 07.70 | 06-04-2025 | | 1 | $ 03.24 | | $ 03.24 | 1 | - | $ 02.80 | | $ 04.46 | $ 04.46 |
| 01-21-2025 | 63 | 7.7 | $ 485.10 | 06-04-2025 | | 63 | $ 03.24 | | $ 204.12 | 63 | - | $ 02.80 | | $ 280.98 | $ 280.98 |
| 01-21-2025 | 10 | 7.7 | $ 77.00 | 06-04-2025 | | 10 | $ 03.24 | | $ 32.40 | 10 | - | $ 02.80 | | $ 44.60 | $ 44.60 |
| 01-21-2025 | 1 | 7.7 | $ 07.70 | 06-04-2025 | | 1 | $ 03.24 | | $ 03.24 | 1 | - | $ 02.80 | | $ 04.46 | $ 04.46 |
| 01-21-2025 | 26 | 7.7 | $ 200.20 | 06-04-2025 | | 26 | $ 03.24 | | $ 84.24 | 26 | - | $ 02.80 | | $ 115.96 | $ 115.96 |
| 01-21-2025 | 10 | 7.7 | $ 77.00 | 06-04-2025 | | 10 | $ 03.24 | | $ 32.40 | 10 | - | $ 02.80 | | $ 44.60 | $ 44.60 |
| 01-21-2025 | 9 | 7.7 | $ 69.30 | 06-04-2025 | | 9 | $ 03.24 | | $ 29.16 | 9 | - | $ 02.80 | | $ 40.14 | $ 40.14 |
| 01-21-2025 | 5 | 7.7 | $ 38.50 | 06-04-2025 | | 5 | $ 03.24 | | $ 16.20 | 5 | - | $ 02.80 | | $ 22.30 | $ 22.30 |
| 01-21-2025 | 17 | 7.7 | $ 130.90 | 06-04-2025 | | 17 | $ 03.24 | | $ 55.08 | 17 | - | $ 02.80 | | $ 75.82 | $ 75.82 |
| 01-21-2025 | 15 | 7.7 | $ 115.50 | 06-04-2025 | | 15 | $ 03.24 | | $ 48.60 | 15 | - | $ 02.80 | | $ 66.90 | $ 66.90 |
| 01-21-2025 | 1 | 7.7 | $ 07.70 | 06-04-2025 | | 1 | $ 03.24 | | $ 03.24 | 1 | - | $ 02.80 | | $ 04.46 | $ 04.46 |
| 01-21-2025 | 14 | 7.7 | $ 107.80 | 06-04-2025 | | 14 | $ 03.24 | | $ 45.36 | 14 | - | $ 02.80 | | $ 62.44 | $ 62.44 |
| 01-21-2025 | 3 | 7.7 | $ 23.10 | 06-04-2025 | | 3 | $ 03.24 | | $ 09.72 | 3 | - | $ 02.80 | | $ 13.38 | $ 13.38 |
| 01-21-2025 | 5 | 7.7 | $ 38.50 | 06-04-2025 | | 5 | $ 03.24 | | $ 16.20 | 5 | - | $ 02.80 | | $ 22.30 | $ 22.30 |
| 01-21-2025 | 13 | 7.7 | $ 100.10 | 06-04-2025 | | 13 | $ 03.24 | | $ 42.12 | 13 | - | $ 02.80 | | $ 57.98 | $ 57.98 |
| 01-21-2025 | 100 | 7.7 | $ 770.00 | 06-04-2025 | | 100 | $ 03.24 | | $ 324.00 | 100 | - | $ 02.80 | | $ 446.00 | $ 446.00 |
| 01-22-2025 | 123 | 8.02 | $ 986.46 | 06-04-2025 | | 123 | $ 03.24 | | $ 398.52 | 123 | - | $ 02.80 | | $ 587.94 | $ 587.94 |
| 01-22-2025 | 445 | 7.96 | $ 3,542.20 | 06-04-2025 | | 445 | $ 03.24 | | $ 1,441.80 | 445 | - | $ 02.80 | | $ 2,100.40 | $ 2,100.40 |
| 01-24-2025 | 745 | 8.21 | $ 6,116.45 | 06-04-2025 | | 745 | $ 03.26 | | $ 2,428.70 | 745 | - | $ 02.80 | | $ 3,687.75 | $ 3,687.75 |
| 01-24-2025 | 366 | 8.21 | $ 3,004.86 | 06-04-2025 | | 366 | $ 03.24 | | $ 1,185.84 | 366 | - | $ 02.80 | | $ 1,819.02 | $ 1,819.02 |
| 03-04-2025 | 666 | 6.71 | $ 4,468.86 | 06-04-2025 | | 666 | $ 03.26 | | $ 2,171.16 | 666 | - | $ 02.80 | | $ 2,297.70 | $ 2,297.70 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-04-2025 | 722 | 6.49 | $ 4,685.78 | 06-04-2025 | 722 | $ 03.32 | $ 2,397.04 | 722 | | $ 02.86 | $ 2,288.74 | $ 2,288.74 |
| 03-04-2025 | 389 | 6.49 | $ 2,524.61 | 06-04-2025 | 389 | $ 03.26 | $ 1,268.14 | 389 | - | $ 02.80 | $ 1,256.47 | $ 1,256.47 |
| **Total:** | **7,454** | | **$56,748.09** | | **1,555** | **5899** | **$10,543.01** | **$19,295.78** | **5,899** | | **$26,909.30** | **$26,223.04** |

Legend: *Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

**Sergei Daniel**
**Transactions in iRobot Corporation - IRBT**
**Class Period: 01-25-2024 to 10-28-2024, inclusive**

Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| | |
|---|---|
| **LIFO Losses/(Gain) Options** | **$3,290.00** |
| *Dura* **LIFO Losses/(Gain)\* Options** | **$3,290.00** |

Options

| Account Number | Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|---|
| 1 | 1/22/2025 | BO | 1 | IRBT 1/16/2026 Call $13.00 | 1.6 | $160.00 |
| 1 | 1/22/2025 | BO | 1 | IRBT 1/16/2026 Call $13.00 | 1.6 | $160.00 |
| 1 | 1/22/2025 | BO | 1 | IRBT 1/16/2026 Call $13.00 | 1.6 | $160.00 |
| 1 | 1/22/2025 | BO | 2 | IRBT 1/16/2026 Call $13.00 | 1.55 | $310.00 |
| 1 | 1/23/2025 | BO | 5 | IRBT 1/16/2026 Call $13.00 | 1.5 | $750.00 |
| 1 | 1/29/2025 | BO | 10 | IRBT 1/16/2026 Call $10.00 | 2 | $2,000.00 |
| 1 | 6/4/2025 | SC | -10 | IRBT 1/16/2026 Call $10.00 | 0.15 | ($150.00) |
| 1 | 6/4/2025 | SC | -10 | IRBT 1/16/2026 Call $13.00 | 0.1 | ($100.00) |