UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINAYAK SAVANT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IROBOT CORPORATION, GLEN D. WEINSTEIN, GARY S. COHEN, JULIE ZEILER, and KARIAN WONG,<br><br>Defendants. | Case No.  1:25-cv-05563-JHR [rel. 1:25-cv-06625-JHR] |

DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION OF RITA LAZARO AND VINAYAK SAVANT FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL

I, J. Alexander Hood II, hereby declare as follows:

1.    I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Rita Lazaro and Vinayak Savant (together, "Lazaro and Savant"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Lazaro and Savant's motion for appointment as Co-Lead Plaintiffs for the Class in the above-captioned action (the "Action") and approval of their selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart setting forth Lazaro and Savant's financial interest in this litigation; |
| Exhibit B: | Press release published via *ACCESS Newswire* on July 7, 2025, announcing the pendency of the Action; |
| Exhibit C: | Shareholder Certifications executed by Lazaro and Savant; |
| Exhibit D: | Joint Declaration executed by Lazaro and Savant; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 5, 2025.

*/s/ J. Alexander Hood II*
J. Alexander Hood II

1