# EXHIBIT A

**iRobot Coporation (IRBT)**
**Class Period: January 29, 2024 to March 11, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $2.7802 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vinayak Savant | 3/5/2025 | 4,150 | $6.5899 | ($27,348) | 5/19/2025 | (4,150) | $2.9000 | $12,035 | 4,150 | 0 | $0 | ($15,313) |
| Rita Lazaro | 1/17/2025 | 13,800 | $8.4496 | ($116,604) | 3/12/2025 | (13,800) | $4.0600 | $56,028 | 13,800 | 0 | $0 | ($60,576) |
| Vinayak Savant; Rita Lazaro | | 17,950 | | ($143,952) | | (17,950) | | $68,063 | 17,950 | 0 | $0 | ($75,889) |

*Avg Closing Prices from March 12, 2025 to June 9, 2025