**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VINAYAK SAVANT, RITA LAZARO, SERGEI DANIEL, AND THODORIS KAPAKOULAK<br><br>        Plaintiffs,<br><br>    v.<br><br>iROBOT CORPORATION, GLEN D. WEINSTEIN, GARY S. COHEN, JULIE ZEILER, KARIAN WONG, AND ATHENA KASVIKIS<br><br>        Defendants. | **25 Civ. 5563 (JHR) (GS)**<br><br><br>**<u>NOTICE OF SUGGESTION OF BANKRUPTCY</u>** |

Lead Plaintiffs Rita Lazaro, Vinayak Savant, and Sergei Daniel and additional plaintiff Thodoris Kapakoulak (collectively, "Plaintiffs"), by this notice, hereby inform the Court that on December 14, 2025, iRobot Corporation ("iRobot" or the "Debtor"), the corporate defendant in this action, filed a bankruptcy petition, a copy of which is attached hereto as **Exhibit A**. Plaintiffs understand that the filing of this petition automatically stays the claims against the corporate defendant iRobot, but only that defendant.

None of the individual defendants, Glen D. Weinstein, Gary S. Cohen, Julie Zeiler, Karian Wong, or Athena Kasvikis, has filed for bankruptcy protection. Accordingly, all claims against them remain. "As a general rule, automatic stays of litigation apply only to the debtor." *Stih v. Rockaway Farmers Mkt., Inc.*, 656 B.R. 308, 312 (E.D.N.Y. 2024). "By its terms, 11 U.S.C. § 362(a)(1) applies only to debtors, property of the debtor, or property of the estate, and does not apply to stay proceedings against non-debtors." *Id.*; *see also Tchrs. Ins. & Annuity Ass'n of Am. v. Butler*, 803 F.2d 61, 65 (2d Cir. 1986) ("It is well-established that stays pursuant to § 362(a) are

1

limited to debtors and do not encompass non-bankrupt co-defendants."). In securities class action litigation, courts routinely continue claims against non-bankrupt co-defendants even if claims against one or more defendants are stayed. *See, e.g.*, *N.J. Carpenters Health Fund v. Royal Bank of Scotland Grp., PLC*, 564 B.R. 192, 194 (S.D.N.Y. 2016) (refusing to extend stay to non-bankrupt co-defendants); *In re Globalstar Sec. Litig.*, 2004 WL 2754674, at *2, *6 (S.D.N.Y. Dec. 1, 2004) (certifying class to proceed against individual defendant over objection that proceeding would violate automatic stay from bankruptcies of corporate defendants).

Accordingly, the claims against the individual defendants Weinstein, Cohen, Zeiler, Wong, and Kasvikis are not affected by the Debtor's bankruptcy petition.

Dated: December 15, 2025

**POMERANTZ LLP**

*/s/ Brian P. O'Connell*
Omar Jafri (*pro hac vice*)
Brian P. O'Connell (*pro hac vice*)
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312) 881-4859
Fax: (312) 377-1184
ojafri@pomlaw.com
boconnell@pomlaw.com

J. Alexander Hood II
Jeremy A. Lieberman
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com
jalieberman@pomlaw.com
tprzybylowski@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Adam M. Apton
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com

*Co-Lead Counsel for Lead Plaintiffs*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 15, 2025, a copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: December 15, 2025

*/s/ Brian P. O'Connell*
Brian P. O'Connell