UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINAYAK SAVANT, et al.,

                          Plaintiffs,

                -v.-

iROBOT CORPORATION, et al,

                          Defendants.

25 Civ. 5563 (JHR) (KHP)

ORDER

JENNIFER H. REARDEN, District Judge:

The Court is in receipt of the notice of suggestion of bankruptcy of Defendant iRobot Corporation ("iRobot") stating that, on December 14, 2025, iRobot filed a voluntary petition for relief pursuant to Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, in the United States Bankruptcy Court for the District of Delaware. *See* ECF No. 43. In view of this notice, this action is hereby STAYED as to iRobot, pursuant to 11 U.S.C. § 362, pending the outcome of the bankruptcy petition.

By **March 24, 2026** and every ninety (90) days thereafter, the parties shall file a joint letter regarding the status of the bankruptcy proceeding. The letter should state whether the bankruptcy case is still pending and whether the action as to iRobot should remain stayed, be dismissed, or be restored to the active calendar.

Although "proceeding[s] against a debtor" are automatically stayed when certain types of bankruptcy petitions, including a Chapter 11 petition, are filed, 11 U.S.C. § 362(a)(1), "a suit against a codefendant is not automatically stayed by the debtor's bankruptcy filing." *Queenie, Ltd. v. Nygard Intern*, 321 F.3d 282, 287 (2d Cir. 2003) (cleaned up). "The automatic stay can apply to non-debtors," but it "normally does so only when a claim against the non-debtor will have an immediate adverse economic consequence for the debtor's estate." *Saraf v. Ebix, Inc.*,

No. 23-1182 (Civ.), 2024 WL 1298246 (2d Cir. Mar. 27, 2024) (quoting *Queenie, Ltd.*, 321 F.3d at 287).

By **January 13, 2026**, Defendants shall file a letter or letters stating their positions as to whether the Court should stay this entire action or only the case against iRobot. *See* ECF No. 43 (Lead Plaintiffs' Notice of Suggestion of Bankruptcy addressing this matter). Before doing so, the parties shall meet and confer about the possibility of consenting to a stay of the case in its entirety regardless of whether the automatic stay is triggered for the non-debtor Defendants.

SO ORDERED.

Dated: December 30, 2025
    New York, New York

_____
JENNIFER H. REARDEN
United States District Judge