**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<div style="border:1px solid">

**MEMO ENDORSED (page 2)**

</div>

| | |
|---|---|
| VINAYAK SAVANT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IROBOT CORPORATION, GLEN D. WEINSTEIN, GARY S. COHEN, JULIE ZEILER, KARIAN WONG, AND ATHENA KASVIKIS.<br><br>Defendants. | **25 Civ. 5563 (JHR) (GS)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF iROBOT CORPORATION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that Lead Plaintiffs Vinayak Savant, Rita Lazaro, and Sergei Daniel and additional plaintiff Thodoris Kapakoulak (collectively, "Plaintiffs"), through Co-Lead Counsel, hereby dismiss without prejudice Defendant iRobot Corporation ("iRobot") from the above-captioned action (the "Action") pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

On January 22, 2026, the United States Bankruptcy Court of the District of Delaware entered its order confirming iRobot Corporation's chapter 11 plan of reorganization (Case No. 25-bk-12197 (BLS), Dkt. Nos. 131-32 (D. Del.)) ("Bankruptcy"). As a result of the terms of the reorganization plan, Plaintiffs do not believe that continued pursuit of claims against iRobot is viable or in the best interest of putative class members. *See* Bankruptcy. Dkt. No. 131-1 at 26.

Because this Notice of Voluntary Dismissal is being filed with the Court before iRobot has served either an answer or a motion for summary judgment, Plaintiffs' dismissal of the Action against iRobot is effective upon the filing of this notice.

1

The above-captioned Action will continue against the following Defendants who are named in the amended complaint filed on December 4, 2025: Glen D. Weinstein, Gary S. Cohen, Julie Zeiler, Karian Wong, and Athena Kasvikis.

Dated: February 6, 2026

Application GRANTED. The Clerk of Court is directed to terminate Defendant iRobot Corporation from this action.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Dated: February 9, 2026

Respectfully submitted,

**POMERANTZ LLP**

/s/ *Brian P. O'Connell*

Omar Jafri (*pro hac vice*)
Brian P. O' Connell (*pro hac vice*)
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312) 881-4859
Fax: (312) 377-1184
ojafri@pomlaw.com
boconnell@pomlaw.com

J. Alexander Hood II
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com
jalieberman@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

**LEVI & KORSINSKY, LLP**

/s/ *Adam M. Apton*
Adam M. Apton
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com

*Co-Lead Counsel for Lead Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, a copy of the foregoing was filed electronically via the Court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

Dated:  February 6, 2026

POMERANTZ LLP

By: _/s/ Brian P. O'Connell_
       Brian P. O'Connell

3